UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN TAVAREZ-VARGAS, *individually, and on behalf of all others similarly situated*,

                Plaintiffs,

-v.-

TIFFS TREATS HOLDINGS, INC.,

                Defendant.

21 Civ. 10605 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On March 11, 2022, the Court referred this case for mediation to the Court-annexed Mediation Program. (Dkt. #11). The Court understands that there is a mediation conference scheduled for July 21, 2022. Accordingly, the pretrial conference presently scheduled for July 19, 2022, is hereby ADJOURNED *sine die*. The parties are to file a joint status letter within one week of the conclusion of their participation in the mediation program.

    SO ORDERED.

Dated:  July 14, 2022
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge